UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FRANK CALABRESE

   v.                                    3:03CV315 JCH

SHORELINE MOTORS CORPORATION

## JUDGMENT

On March 23, 2004, pursuant to Local Rule 41(a), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed for lack of prosecution unless a satisfactory explanation was received which would justify continuing the case on the docket of this Court.

No explanations or requests for action having been received within the time specified, it is hereby, ORDERED that the complaint on file is dismissed.

Dated at Bridgeport, Connecticut, this 28th day of June, 2004.

                                                            KEVIN F. ROWE, Clerk

                                                            By  /s/Catherine Boroskey
                                                                             Deputy Clerk

Entered on Docket _____